### IN THE U.S. DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Stacey L. Schmader, Leticia O'Dell, Chad Nicholson, Kai Huschke, Markie Miller, Malinda Clatterbuck, Michelle Sanborn, Crystal Jankowski, <br><br>    Plaintiffs, <br><br> v. <br><br> Thomas Alan Linzey, in his Individual and Official Capacities; Tammy Belinsky, in her Individual and Official Capacities; Fred Walls, in his Individual and Official Capacities; Edward Wells, in his Individual and Official Capacities; Community Environmental Legal Defense Fund and the Center for Democratic and Environmental Rights, <br><br>    Defendants. | CIVIL ACTION NO.: <br> 1:20-CV-00067 |

### **CERTIFICATE OF SERVICE**

I, David Koller, hereby certify that on January 17, 2020, a true and correct copy of the Motion for Temporary Restraining Order, or, in the Alternative Motion for an Emergency Hearing Pursuant to Rule 65 of the FRCP was filed with U.S. District Court for the Middle District of PA.

A copy of the Motion was served via the Court's electronic filing system upon the following:

>Christopher J. Tellner, Esquire
>Gregory Brown, Esquire
>Kaufman Dolowich Voluck LLP
>Two Logan Square
>100 N. 18th Street, Suite 701
>Philadelphia, PA 19103
>ctellner@kdvlaw.com

Eileen K. Keefe, Esquire
Kristen L. Witherell, Esquire
Jackson Lewis P.C.
1601 Cherry Street, Suite 1350
Philadelphia, PA 19102
Eileen.keefe@jacksonlewis.com

Bethann R. Lloyd, Esquire
Weinheimer, Haber & Coco, P.C.
429 Fourth Avenue, Suite 602
Pittsburgh, PA 15219
brl@whc-pc.com

**KOLLER LAW, LLC**

Dated: January 17, 2020          By:      \_\_/s/ David M. Koller\_
                                          David M. Koller, Esquire
                                          2043 Locust Street, Suite 1B
                                          Philadelphia, PA 19103
                                          215-545-8917
                                          davidk@kollerlawfirm.com

                                          *Counsel for Plaintiff*