# EXHIBIT B

**IN THE COURT OF COMMON PLEAS OF THE 39TH JUDICIAL DISTRICT
OF PENNSYLVANIA – FRANKLIN COUNTY BRANCH**

| | | |
|---|---|---|
| Stacey L. Schmader, Leticia O'Dell, Chad Nicholson, Kai Huschke, Markie Miller, Malinda Clatterbuck, Michelle Sanborn, Crystal Jankowski | : | Case Type: Civil Law |
| Plaintiffs | : | |
| v. | : | |
| | : | |
| Thomas Alan Linzey, in his Individual and Official Capacities; Tammy Belinski, in her Individual and Official Capacities; Fred Walls, in his Individual and Official Capacities; Edward Wells, in his Individual and Official Capacities; Community Environmental Legal Defense Fund; and the Center for Democratic and Environmental Rights, | : | Case No.: 2019-4895 |
| Defendants | : | Judge: Todd M. Sponseller |

## ORDER OF COURT

**NOW COMES THE COURT THIS** *23rd* day of December, 2019, *Sua Sponte,*

**AND HEREBY ORDERS** that the hearing as to Plaintiff's *Motion for Temporary Restraining Order,* scheduled to take place on December 23, 2019 at 2:30 P.M. is **CONTINUED**.

**IT IS FURTHER ORDERED** that a hearing shall be held on *January, 27 2020* ~~2019~~ at _3:00_ A.M./(P.M). in Courtroom # _3_, Franklin County Courthouse, Chambersburg, PA 17201. All parties shall be in attendance and be prepared to present evidence in favor of their respective positions.

1

'E COPY

ONOTARY

*Pursuant to the requirements of Pa. R.C.P. 236(a)(2)(b) and (d), the Prothonotary shall immediately give written notice of the entry of this Order, including a copy of this Order, to each party's attorney of record, or if unrepresented, to each party; and shall note in the docket the giving of such notice and the time and manner thereof.*

By the Court,

JUDGE TODD M. SPONSELLER

*The Prothonotary shall give notice and serve:*
Plaintiff's
Defendant's
David M. Koller, Esq.
Christopher Tellner, Esq.
Kristin L. Witherell, Esq.
John Scull, Esq.
Bethan R. Llyod, Esq.
Gregory Brown, Esq.

2

## IN THE COURT OF COMMON PLEAS OF THE 39TH JUDICIAL DISTRICT
## OF PENNSYLVANIA – FRANKLIN COUNTY BRANCH

| | | |
|---|---|---|
| Stacey L. Schmader, Leticia O'Dell, | : | Case Type: Civil Law |
| Chad Nicholson, Kai Huschke, | : | |
| Markie Miller, Malinda Clatterbuck, | : | |
| Michelle Sanborn, Crystal Jankowski | : | |
| Plaintiffs | : | |
| v. | : | |
| | : | |
| Thomas Alan Linzey, in his Individual and | : | |
| Official Capacities; Tammy Belinski, in her | : | Case No.: 2019-4895 |
| Individual and Official Capacities; Fred | : | |
| Walls, in his Individual and Official | : | |
| Capacities; Edward Wells, in his Individual | : | |
| and Official Capacities; Community | : | |
| Environmental Legal Defense Fund; and the | : | Judge: Todd M. Sponseller |
| Center for Democratic and Environmental | : | |
| Rights, | : | |
| Defendants | : | |

### ORDER OF COURT

**NOW COMES THE COURT THIS** _23rd_ day of December, 2019, *Sua Sponte,*

**AND HEREBY ORDERS** that the hearing as to Plaintiff's *Motion for Temporary*

*Restraining Order,* scheduled to take place on December 23, 2019 at 2:30 P.M. is

**CONTINUED**.

   **IT IS FURTHER ORDERED** that a hearing shall be held on _January_, _27_

_2020_ at _3:00_ A.M. (P.M.) in Courtroom # _3_, Franklin County Courthouse,

Chambersburg, PA 17201. All parties shall be in attendance and be prepared to present evidence

in favor of their respective positions.

'E COPY

ONOTARY

1

*Pursuant to the requirements of Pa. R.C.P. 236(a)(2)(b) and (d), the Prothonotary shall immediately give written notice of the entry of this Order, including a copy of this Order, to each party's attorney of record, or if unrepresented, to each party; and shall note in the docket the giving of such notice and the time and manner thereof.*

By the Court,

JUDGE TODD M. SPONSELLER

*The Prothonotary shall give notice and serve:*
Plaintiff's
Defendant's
David M. Koller, Esq.
Christopher Tellner, Esq.
Kristin L. Witherell, Esq.
John Scull, Esq.
Bethan R. Llyod, Esq.
Gregory Brown, Esq.