# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STACEY L. SCHMADER, *et al.*, | : | Civil No. 1:20-CV-00067 |
| Plaintiffs, | : | |
| v. | : | |
| THOMAS ALAN LINZEY, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 21st day of January, 2020, **IT IS ORDERED** that a status conference is scheduled for **tomorrow, January 22, 2020, at 3:00 p.m.** The conference will be by telephone. Counsel for Plaintiffs shall arrange for a call-in number for the court and all counsel to call at the appointed time.

                                              s/Jennifer P. Wilson
                                              JENNIFER P. WILSON
                                              United States District Court Judge
                                              Middle District of Pennsylvania