# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STACEY L. SCHMADER, *et al.*, | : | Civil No. 1:20-CV-00067 |
| Plaintiffs, | : | |
| v. | : | |
| THOMAS ALAN LINZEY, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## **ORDER**

**AND NOW**, on this 22nd day of January, 2020, pursuant to the status conference conducted on January 22, 2020, **IT IS ORDERED** that this case is referred to United States Magistrate Judge Martin C. Carlson for purposes of conducting a settlement conference. The settlement conference shall pertain to the Plaintiffs' motion for a temporary restraining order and any related issues arising from Plaintiffs' request to preserve the status quo. (*See* Doc. 7.)

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania
