# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STACEY L. SCHMADER, *et al.*, | : | Civil No. 1:20-CV-00067 |
| Plaintiffs, | : | |
| v. | : | |
| THOMAS ALAN LINZEY, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 22nd day of January, 2020, pursuant to the status conference conducted on January 22, 2020, **IT IS ORDERED** that the hearing on Plaintiffs' motion for a temporary restraining order currently scheduled for January 30, 2020 is **CONTINUED** pending the referral of this matter to United States Magistrate Judge Martin C. Carlson. The hearing shall be rescheduled, if necessary, upon the completion of the parties' conference with Judge Carlson. **IT IS FURTHER ORDERED** that all briefing deadlines related to Plaintiffs' request for a temporary restraining order are **CONTINUED** pending the parties' conference with Judge Carlson.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania