**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**


| | | |
|---|---|---|
| **STACEY SCHMADER, et al.,** | : | **Civil No. 1:20-CV-67** |
| | : | |
| **Plaintiffs** | : | **(Judge Wilson)** |
| | : | |
| **v.** | : | **(Magistrate Judge Carlson)** |
| | : | |
| **THOMAS ALAN LINZEY, et al.,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

**AND NOW**, this 23rd day of January 2020 at the request of the parties **IT IS HEREBY ORDERED THAT** a settlement conference shall be conducted on **January 28, 2020 at 1:00 p.m.**, in the undersigned chambers 11th Floor, U.S. Courthouse, Harrisburg.  All persons having settlement authority <u>shall be present</u> unless approved by the court to be available by telephone on the date and time of the conference.

By **January 27, 2020**, the parties shall submit to the undersigned, *U.S. mail or electronic mail*, at:

Chambers_of_Magistrate_Judge_Martin_Carlson@pamd.uscourts.gov

a brief, concise and confidential settlement memorandum setting forth the parties' assessment of the case, and settlement recommendations.

In addition, by **January 27, 2020,** the parties shall begin the settlement process by exchanging proposals. The parties' confidential memoranda should update the Court on the status of these settlement discussions.[1]


/s/ Martin C. Carlson
Martin C. Carlson
United States Magistrate Judge

---

[1] We recognize both the expedited schedule requested by counsel and the fact that some counsel would have to travel significant distances to attend this conference. Therefore, if the parties' intramural discussions reveal that they have made substantial progress towards a resolution of the preliminary issues in this litigation, and if the parties jointly agree that the final issues could be resolved telephonically, we would consider a telephonic conference in lieu of travel by all counsel, but would only do so based upon a joint representation by all counsel that the matter can be resolved telephonically.