# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STACEY SCHMADER, et al.,** | : | Civil No. 1:20-CV-67 |
| | : | |
| **Plaintiffs** | : | **(Judge Wilson)** |
| | : | |
| v. | : | **(Magistrate Judge Carlson)** |
| | : | |
| **THOMAS ALAN LINZEY, et al.,** | : | |
| | : | |
| **Defendants** | : | |

## **ORDER**

**AND NOW**, this 29th day of January 2020 a settlement conference having been conducted on January 28, 2020, which focused upon resolving the pending motion for preliminary injunction, and the parties having reached agreement on the terms of a stipulated preliminary injunction, and the parties further expressing an interest in engaging in an early merits mediation, IT IS HEREBY ORDERED as follows:

On or before **January 31, 2020,** the parties will tender a proposed stipulated preliminary injunction order to the district court for its approval.

A merits settlement conference shall be conducted on **February 20, 2020 at 10:30 a.m.**, in the undersigned chambers 11th Floor, U.S. Courthouse, Harrisburg.

All persons having settlement authority <u>shall be present</u> unless approved by the court to be available by telephone on the date and time of the conference.

By **February 18, 2020**, the parties shall submit to the undersigned, *U.S. mail or electronic mail*, at:

Chambers_of_Magistrate_Judge_Martin_Carlson@pamd.uscourts.gov

a brief, concise and confidential settlement memorandum setting forth the parties' assessment of the case, and settlement recommendations.

In addition, by **February 17, 2020,** the parties shall begin the settlement process by exchanging proposals. The parties' confidential memoranda should update the Court on the status of these settlement discussions.

*/s/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge