## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Stacey L. Schmader, Leticia O'Dell, Chad Nicholson, Kai Huschke, Markie Miller, Michelle Sanborn, Malinda Clatterbuck, Crystal Jankowski,<br><br>   Plaintiffs,<br><br>v.<br><br>Thomas Alan Linzey, in his Individual and Official Capacities; Tammy Belinsky, in her Individual and Official Capacities; Fred Walls, in his Individual and Official Capacities; Edward Wells, in his Individual and Official Capacities; Community Environmental Legal Defense Fund and the Center for Democratic and Environmental Rights;<br><br>   Defendants. | Civil Action<br><br>No. 1:20-cv-00067-JPW-MCC |

## **ORDER**

AND NOW, this _____ day of _____, 2020, upon consideration of Plaintiffs' Motion to Remove Defendants from CELDF Positions and for Nullification of Brannen Employment Contract, it is hereby ORDERED and DECREED that Plaintiff's Motion is GRANTED.

**BY THE COURT:**

_____
J.