## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

STACEY L. SCHMADER, et al

              Plaintiffs

    v.

THOMAS ALAN LINZEY, et al

            Defendants

CIVIL ACTION NO. 1:20-CV-00067

(WILSON, J.)
(MEHALCHICK, M.J.)

### ORDER

**AND NOW,** this 14th day of August, 2020, **IT IS HEREBY ORDERED** that a telephonic status conference will be held on **Thursday, August 20, 2020 at 3:00 PM**. Counsel for the plaintiff, who is responsible for placing the conference call, shall provide the court via email, Magistrate_Judge_Mehalchick@pamd.uscourts.gov, a call-in number in which the Court may call to connect to the conference call.

**Dated: August 14, 2020**

s/ Karoline Mehalchick
_____
**KAROLINE MEHALCHICK**
**United States Magistrate Judge**