IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Stacey L. Schmader, Leticia O'Dell, Chad Nicholson, Kai Huschke, Markie Miller, Michelle Sanborn, Malinda Clatterbuck, Crystal Jankowski, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 1:20-cv-00067 |
| v. | ) ) ) | (Wilson, J.) (Mehalchick, M.J.) |
| Thomas Alan Linzey, in his Individual and Official Capacities; Tammy Belinsky, in her Individual and Official Capacities; Fred Walls, in his Individual and Official Capacities; Edward Wells, in his Individual and Official Capacities; Community Environmental Legal Defense Fund and the Center for Democratic and Environmental Rights; | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## UNOPPOSED MOTION TO SEAL DOCUMENTS

Plaintiffs hereby move the Court, pursuant to Federal Rule of Civil Procedure 5.2(d), for an Order sealing Exhibits A and C to Plaintiffs' Motion for Temporary Restraining Order (Dkt. Nos. 7-3, 7-5); Plaintiffs' Amended Complaint (Dkt. No. 30); and Exhibits A-Z to the Amended Complaint (Dkt. No. 30-1) pursuant to a confidential settlement agreement between the parties. Plaintiffs will file on the public record redacted copies of the documents. Pursuant to Local Rule 7.1, Plaintiffs sought and received concurrence in the instant motion from Defendants.

Exhibits A and C to Plaintiffs' Motion for Temporary Restraining Order constitute, respectively, Plaintiffs' Complaint for Permanent Injunctive Relief and Motion for Preliminary Injunction with Jury Demand Endorsed Hereon (Exhibit A), and Plaintiffs' Motion for Leave to

Amend Complaint for Permanent Injunctive Relief and Motion for Preliminary Injunction with Jury Demand (Exhibit C), both filed in the Court of Common Pleas of Franklin County, Pennsylvania.

Plaintiffs request that the documents be sealed because they refer to or include privileged communications.

Accordingly, Plaintiffs respectfully submit this Motion for an Order to seal:

(1) Exhibits A and C to Plaintiffs' Motion for Temporary Restraining Order (Dkt. Nos. 7-3, 7-5);

(2) Plaintiffs' Amended Complaint (Dkt. No. 30); and

(3) Exhibits A-Z to the Amended Complaint (Dkt. No. 30-1).

A proposed Order is attached hereto.

Dated: December 6, 2020

Respectfully submitted,

*/s/ David M. Koller*
David M. Koller, Esq.
Koller Law
2043 Locust Street, Suite 1B
Philadelphia, PA 19103
Phone 215-545-8917
Fax 215-575-0826
davidk@phillyhometownlawyer.com

*/s/ Terry J. Lodge*
Terry J. Lodge, Esq.
316 N. Michigan St., Ste. 520
Toledo, OH 43604-5627
Phone (419) 205-7084
tjlodge50@yahoo.com

*Co-Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, David Koller, hereby certify that on December 6, 2020, a true and correct copy of the foregoing was filed with U.S. District Court for the Middle District of Pennsylvania. A copy of the Motion was served via the Court's electronic filing system upon the following:

Christopher J. Tellner, Esquire
Gregory Brown, Esquire
Kaufman Dolowich Voluck LLP
Two Logan Square
100 N. 18th Street, Suite 701
Philadelphia, PA 19103
ctellner@kdvlaw.com

Eileen K. Keefe, Esquire
Kristen L. Witherell, Esquire
Jackson Lewis P.C.
1601 Cherry Street, Suite 1350
Philadelphia, PA 19102
Eileen.keefe@jacksonlewis.com

Bethann R. Lloyd, Esquire
Weinheimer, Haber & Coco, P.C.
429 Fourth Avenue, Suite 602
Pittsburgh, PA 15219
brl@whc-pc.com

Dated: December 6, 2020          By:     /s/ David M. Koller
                                         David M. Koller, Esquire
                                         KOLLER LAW
                                         2043 Locust Street, Suite 1B
                                         Philadelphia, PA 19103
                                         215-545-8917
                                         davidk@kollerlawfirm.com

                                         *Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Stacey L. Schmader, Leticia O'Dell, Chad Nicholson, Kai Huschke, Markie Miller, Michelle Sanborn, Malinda Clatterbuck, Crystal Jankowski, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 1:20-cv-00067-JPW |
| v. | ) ) ) | (Wilson, J.) (Mehalchick, M.J.) |
| Thomas Alan Linzey, in his Individual and Official Capacities; Tammy Belinsky, in her Individual and Official Capacities; Fred Walls, in his Individual and Official Capacities; Edward Wells, in his Individual and Official Capacities; Community Environmental Legal Defense Fund and the Center for Democratic and Environmental Rights; | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

AND NOW, this ___ day of _____, 2020, upon consideration of Plaintiffs' Unopposed Motion to Seal Documents, and any response thereto, it is hereby ORDERED and DECREED that said Motion is GRANTED.

BY THE COURT:

_____

United States District Court Judge